**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

STATE OF ARIZONA and JANICE K.
BREWER, Governor of the State of
Arizona, in her official capacity,
            *Defendants-Appellants.*

No. 10-16645

D.C. No.
2:10-cv-01413-SRB
District of Arizona,
Phoenix

ORDER

On Remand From The United States Supreme Court

Filed August 8, 2012

Before: John T. Noonan, Richard A. Paez, and
Carlos T. Bea, Circuit Judges.

---

**ORDER**

Pursuant to the Supreme Court's decision in *Arizona v. United States*, 132 S. Ct. 2492 (2012), the district court's preliminary injunction is AFFIRMED in part and REVERSED in part, as follows:

**1.** The district court's grant of a preliminary injunction enjoining enforcement of Section 2(B) of S.B. 1070 is REVERSED; and

**2.** The district court's grant of a preliminary injunction enjoining enforcement of Sections 3, 5(C), and 6 of S.B. 1070 is AFFIRMED.

The matter is remanded to the district court for further proceedings consistent with the opinion and judgment of the

Supreme Court. The filing of this order shall serve as the court's mandate.